DEBORAH C. FOLK, Appellant, *v.* DARWIN STOCKING et al., Respondents.

(Argued October 27, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Frank J. Dupignac* for appellant.

*Augustus Babcock* for respondents.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., and HAIGHT, J., not sitting.
Judgment affirmed.

---

JAMES FITZPATRICK, as Administrator, etc., Appellant, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

(Argued October 28, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 13, 1887, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*E. A. Jacob* for appellant.

*Henry W. Taft* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.